**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-13197-CD |
| | § | |
| SURPLUS PROPERTIES INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/30/2012. The undersigned trustee was appointed on 03/30/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $27,873.44

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $83.75 |
   | Bank service fees | $1,915.90 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $25,873.79 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/07/2012 and the deadline for filing government claims was 09/07/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,537.34. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,537.34, for a total compensation of $3,537.34[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/01/2018            By:    /s/ David R. Herzog
                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 12-13197    Doc 33    Filed 03/30/18    Entered 03/30/18 09:07:18    Desc Main
Document      Page 3 of 14

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 12-13197-CD | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | SURPLUS PROPERTIES INC. | | | Date Filed (f) or Converted (c): | 03/30/2012 (f) |
| For the Period Ending: | 3/1/2018 | | | §341(a) Meeting Date: | 06/04/2012 |
| | | | | Claims Bar Date: | 09/07/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Settlement of Adversary case against principles (u) | $0.00 | $0.00 | | $20,000.00 | FA |
| 2 | 3380 W. 183rd Str Hazel Crest, IL outlot at shopping ctr to be surrendered. | $80,000.00 | $0.00 | | $0.00 | FA |
| 3 | Negative ($104,000+) overdraft The First Commecial Bank Location: In debtor's possession | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Debtors' State Court motion to vacate jdmt of $165,367.00, a memo of judgment was filed. Surplus is in bankruptcy, therefore this is uncollectable. Location: In debtor's possession | $0.00 | $0.00 | | $0.00 | FA |
| 5 | BMW 740, LI 2001, (80,000 miles) The principal The principal transfered title to Surplus for no consideration. Surplus never had the beneficial use of the vehicle. The principal paid for, insured and maintained the vehicle from personal funds. Therefore, debtor never had beneficial use of it as principal drove for personal use. This is the property of the principal, not Surplus. Location: In debtor's possession | $0.00 | $0.00 | | $0.00 | FA |
| 6 | 2nd 740 IL BMW, 2001 (55000 miles). This car was traded in on another in 2006; there was an unknown $ amount of credit for vehicle. Surplus never had the beneficial use of this vehicle, as it was insured, paid for and maintained by the individual principal and used for personal use. Principal wishew to redeem value of tradein. Location: traded in 2006 | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Unclaimed funds held by State of Illinois (u) | $0.00 | $7,873.44 | | $7,873.44 | FA |

Case 12-13197    Doc 33    Filed 03/30/18    Entered 03/30/18 09:07:18    Desc Main
Document    Page 4 of 14

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:  2    Exhibit A

| Case No.: | 12-13197-CD | Trustee Name: | David R. Herzog |
| Case Name: | SURPLUS PROPERTIES INC. | Date Filed (f) or Converted (c): | 03/30/2012 (f) |
| For the Period Ending: | 3/1/2018 | §341(a) Meeting Date: | 06/04/2012 |
| | | Claims Bar Date: | 09/07/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $80,000.00 | $7,873.44 | | $27,873.44 | $0.00 |

**Major Activities affecting case closing:**
07/26/2017    Unable to obtain unclaimed funds from State. Preparation and filing of motion for turnover.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2013 | **Current Projected Date Of Final Report (TFR):** | 06/30/2018 | /s/ DAVID R. HERZOG |
| | | | | DAVID R. HERZOG |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit B

| Case No. | 12-13197-CD | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | SURPLUS PROPERTIES INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3031 | Checking Acct #: | ******0067 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/30/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/02/2012 | (1) | United Acquisitions Holdings | Settlement of adversary per Order dated 10/31/12 | 1149-000 | $20,000.00 | | $20,000.00 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $27.00 | $19,973.00 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.16 | $19,940.84 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.20 | $19,908.64 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.04 | $19,879.60 |
| 03/28/2013 | 3001 | International Sureties | Bond Payment | 2300-000 | | $35.51 | $19,844.09 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.10 | $19,811.99 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.96 | $19,781.03 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.92 | $19,749.11 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.84 | $19,718.27 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.81 | $19,686.46 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.76 | $19,654.70 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.69 | $19,624.01 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.66 | $19,592.35 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.59 | $19,561.76 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.56 | $19,530.20 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.51 | $19,498.69 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.42 | $19,470.27 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.41 | $19,438.86 |
| 04/02/2014 | 3002 | International Sureties | Bond Payment | 2300-000 | | $17.21 | $19,421.65 |
| 04/02/2014 | 3002 | STOP PAYMENT: International Sureties | Bond Payment | 2300-004 | | ($17.21) | $19,438.86 |
| 04/02/2014 | 3003 | International Sureties | Bond Payment Reissue Printer Error | 2300-000 | | $17.21 | $19,421.65 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.33 | $19,391.32 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.29 | $19,360.03 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.23 | $19,329.80 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.19 | $19,298.61 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.14 | $19,267.47 |
| | | | **SUBTOTALS** | | $20,000.00 | $732.53 | |

| Case No. | 12-13197-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | SURPLUS PROPERTIES INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3031 | Checking Acct #: | ******0067 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/30/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.08 | $19,237.39 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.04 | $19,206.35 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.99 | $19,176.36 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.94 | $19,145.42 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.89 | $19,114.53 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $27.86 | $19,086.67 |
| 03/20/2015 | 3004 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $13.76 | $19,072.91 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.80 | $19,042.11 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.75 | $19,012.36 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.68 | $18,981.68 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.64 | $18,952.04 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.58 | $18,921.46 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.53 | $18,890.93 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.50 | $18,861.43 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.43 | $18,831.00 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.40 | $18,801.60 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.34 | $18,771.26 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.20 | $18,741.06 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.21 | $18,712.85 |
| 03/16/2016 | 3005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $10.16 | $18,702.69 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.11 | $18,672.58 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.08 | $18,643.50 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.00 | $18,613.50 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.98 | $18,584.52 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.90 | $18,554.62 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.85 | $18,524.77 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.85 | $18,495.92 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.76 | $18,466.16 |
| | | | | SUBTOTALS | $0.00 | $801.31 | |

**FORM 2**

Page No: 3     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13197-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | SURPLUS PROPERTIES INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3031 | Checking Acct #: | ******0067 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/30/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.75 | $18,437.41 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.67 | $18,407.74 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.70 | $18,378.04 |
| 02/16/2017 | 3006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $6.37 | $18,371.67 |
| 02/16/2017 | 3006 | VOID: Arthur B. Levine Company | | 2300-003 | | ($6.37) | $18,378.04 |
| 02/16/2017 | 3007 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $7.11 | $18,370.93 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.78 | $18,344.15 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.60 | $18,314.55 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.60 | $18,285.95 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.50 | $18,256.45 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.51 | $18,227.94 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.41 | $18,198.53 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.36 | $18,169.17 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $18,169.17 | $0.00 |

**SUBTOTALS** $0.00  $18,466.16

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13197-CD | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | SURPLUS PROPERTIES INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3031 | Checking Acct #: | ******0067 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/30/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $20,000.00 | $20,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $18,169.17 | |
| | | | **Subtotal** | | $20,000.00 | $1,830.83 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $20,000.00 | $1,830.83 | |

| For the period of 3/30/2012 to 3/1/2018 | | For the entire history of the account between 11/02/2012 to 3/1/2018 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $20,000.00 | Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 | Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,830.83 | Total Compensable Disbursements: | $1,830.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,830.83 | Total Comp/Non Comp Disbursements: | $1,830.83 |
| Total Internal/Transfer Disbursements: | $18,169.17 | Total Internal/Transfer Disbursements: | $18,169.17 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13197-CD | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|
| Case Name: | SURPLUS PROPERTIES INC. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3031 | | | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 3/30/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $18,169.17 | | $18,169.17 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.07 | $18,153.10 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $28.34 | $18,124.76 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $28.30 | $18,096.46 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $29.20 | $18,067.26 |
| 01/31/2018 | (7) | Treasurer State of Illinois | Receipt of unclaimed funds from State of Illinois. | 1129-000 | $7,873.44 | | $25,940.70 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $29.15 | $25,911.55 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $37.76 | $25,873.79 |
| | | | **TOTALS:** | | $26,042.61 | $168.82 | $25,873.79 |
| | | | Less: Bank transfers/CDs | | $18,169.17 | $0.00 | |
| | | | Subtotal | | $7,873.44 | $168.82 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $7,873.44 | $168.82 | |

| For the period of 3/30/2012 to 3/1/2018 | | For the entire history of the account between 09/15/2017 to 3/1/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,873.44 | Total Compensable Receipts: | $7,873.44 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,873.44 | Total Comp/Non Comp Receipts: | $7,873.44 |
| Total Internal/Transfer Receipts: | $18,169.17 | Total Internal/Transfer Receipts: | $18,169.17 |
| | | | |
| Total Compensable Disbursements: | $168.82 | Total Compensable Disbursements: | $168.82 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $168.82 | Total Comp/Non Comp Disbursements: | $168.82 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 6 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13197-CD | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- |
| Case Name: | SURPLUS PROPERTIES INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3031 | | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/30/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $27,873.44 | $1,999.65 | $25,873.79 |

**For the period of 3/30/2012 to 3/1/2018**

| | |
| --- | --- |
| Total Compensable Receipts: | $27,873.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,873.44 |
| Total Internal/Transfer Receipts: | $18,169.17 |
| | |
| Total Compensable Disbursements: | $1,999.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,999.65 |
| Total Internal/Transfer Disbursements: | $18,169.17 |

**For the entire history of the case between 03/30/2012 to 3/1/2018**

| | |
| --- | --- |
| Total Compensable Receipts: | $27,873.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,873.44 |
| Total Internal/Transfer Receipts: | $18,169.17 |
| | |
| Total Compensable Disbursements: | $1,999.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,999.65 |
| Total Internal/Transfer Disbursements: | $18,169.17 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG

CLAIM ANALYSIS REPORT

Page No: 1    Exhibit C

| Case No. | 12-13197-CD | | | Trustee Name: | David R. Herzog |
| Case Name: | SURPLUS PROPERTIES INC. | | | Date: | 3/1/2018 |
| Claims Bar Date: | 09/07/2012 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID R. HERZOG<br><br>77 W. Washington Street<br>Suite 1400<br>Chicago IL 60602 | 02/28/2018 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,537.34 | $3,537.34 | $0.00 | $0.00 | $0.00 | $3,537.34 |
| 1 | PARADISE PROPERTIES, LLC<br><br>c/o Chris S. Wunder<br>Kaplan Papadakis & Gournis, P.C.<br>180 N. LaSalle Street, Suite 2108<br>Chicago IL 60601 | 09/06/2012 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $200,311.54 | $200,311.54 | $0.00 | $0.00 | $0.00 | $200,311.54 |

**Claim Notes:** (1-1) Payments due/lien (partially reduced o judgment on 11/25/2009)

| 1a | PARADISE PROPERTIES, LLC<br>c/o Chris S. Wunder<br>Kaplan Papadakis & Gournis, P.C.<br>180 N. LaSalle Street, Suite 2108<br>Chicago IL 60601 | 09/06/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $101,120.96 | $101,120.96 | $0.00 | $0.00 | $0.00 | $101,120.96 |

**Claim Notes:** (1-1) Payments due/lien (partially reduced o judgment on 11/25/2009)

| | | | | | | | $304,969.84 | $304,969.84 | $0.00 | $0.00 | $0.00 | $304,969.84 |

CLAIM ANALYSIS REPORT                                                                Page No: 2        Exhibit C

| Case No. | 12-13197-CD | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | SURPLUS PROPERTIES INC. | Date: | 3/1/2018 |
| Claims Bar Date: | 09/07/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| General Unsecured § 726(a)(2) | $101,120.96 | $101,120.96 | $0.00 | $0.00 | $0.00 | $101,120.96 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $200,311.54 | $200,311.54 | $0.00 | $0.00 | $0.00 | $200,311.54 |
| Trustee Compensation | $3,537.34 | $3,537.34 | $0.00 | $0.00 | $0.00 | $3,537.34 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       12-13197-CD
Case Name:      SURPLUS PROPERTIES INC.
Trustee Name:   David R. Herzog

Balance on hand:  $25,873.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Paradise Properties, LLC | $200,311.54 | $200,311.54 | $0.00 | $22,336.45 |

Total to be paid to secured creditors:  $22,336.45
Remaining balance:  $3,537.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $3,537.34 | $0.00 | $3,537.34 |

Total to be paid for chapter 7 administrative expenses:  $3,537.34
Remaining balance:  $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:  $0.00

**UST Form 101-7-TFR (5/1/2011)**

|  | Remaining balance: | $0.00 |
|---|---|---|

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $101,120.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Paradise Properties, LLC | $101,120.96 | $0.00 | $0.00 |

| Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| Total to be paid for subordinated claims: | $0.00 |
|---|---|
| Remaining balance: | $0.00 |