**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **In Re:** ) | |
| ) | **Chapter 7** |
| **SURPLUS PROPERTIES INC.,** ) | |
| ) | **Case No. 12-13197** |
| ) | |
| **Debtors,** ) | **Hon. Carol A. Doyle** |

**AMENDED
NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that David R. Herzog, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 742
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on May 30, 2018 at 10:30 a.m., before the Honorable Carol Doyle, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 742, Chicago, IL 60604.

Date Mailed: May 23, 2018           By:  /s/    David R. Herzog
                                              Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1400
Chicago, IL 60602

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In Re:** ) | |
| ) | **Chapter 7** |
| **SURPLUS PROPERTIES INC.,** ) | |
| ) | **Case No. 12-13197** |
| ) | |
| **Debtors,** ) | **Hon. Carol A. Doyle** |

## CERTIFICATE OF NOTICE

The undersigned, an attorney, certifies that he caused to be served a copy of the AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) on the attached service list, via the ECF court system, or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 23rd day of May, 2018.

_/s/ David R. Herzog_
Trustee in Bankruptcy

**SERVICE LIST**

<u>VIA ECF</u>

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

John Argianas
c/o Richard S Lauter
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, IL 60661
Richard.Lauter@lewisbrisbois.com

Surplus Properties Inc.
Horace Fox, JR
Beth lehman
Lehman & Fox
6 E Monroe St, Ste 1004
Chicago, IL 60603
foxhorace@aol.com

Paradise Properties, Llc
7158 S Stony Island Ave
Chicago, IL 60649

Christopher S Wunder
Kaplan Papdakis & Gournis P.C
180 N LaSalle Street Suite 2108
Chicago, IL 60601
cwunder@kpglaw.com

George Tavoularis
c/o Richard S Lauter
Lewis Brisbois Bisgaard & Smith LLP
550 West Adams Street, Suite 300
Chicago, IL 60661
Richard.Lauter@lewisbrisbois.com

<u>VIA REGULAR MAIL</u>

Surplus Properties Inc.
2241 W. Howard
Chicago,, IL 60645

Argianas, John
2241 w. Howard Street
Chicago, IL 60645

Cook County Treasurer
POB 4488
Carol Stream, IL 60197-4488

Empire Tax Corporation
119 W. William St.
Decatur, IL 62523

First Commercial Bank
6945 N. Clark
Chicago, IL 60626

Charles Gryll
6703 N. Cicero
Lincolnwood , IL 60712

Hazelcrest Loan Servicing LLC
6703 No. Cicero
Lincolnwood, IL 60712

Kaplan Papadakis & Gournis PC
180 N. LaSalle # 2108
Chicago, IL 60601

Norman Light, agent
300 N. State # 4205
Chicago, IL 60610

North Community Bank
3639 N. Broadway
Chicago, IL 60613

Paradise Properties, LLC
c/o Chris S. Wunder
Kaplan Papadakis & Gournis, P.C.
180 N. LaSalle Street, Suite 2108
Chicago, IL 60601

George Tavoularis
2241 W. Howard
Chicago, IL 60645

Universal Inc.
2241 W. Howard
Chicago, IL 60656