UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 12-13197-CD |
|---|---|---|
|  | § |  |
| SURPLUS PROPERTIES INC. | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $80,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $22,336.45 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $5,536.99 | | |

3) Total gross receipts of $27,873.44 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $27,873.44 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $200,311.54 | $200,311.54 | $22,336.45 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $5,536.99 | $5,536.99 | $5,536.99 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $101,120.96 | $101,120.96 | $0.00 |
| **Total Disbursements** | $0.00 | $306,969.49 | $306,969.49 | $27,873.44 |

4). This case was originally filed under chapter 7 on 03/30/2012. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>06/21/2018</u>          By:   <u>/s/ David R. Herzog</u>
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Unclaimed funds held by State of Illinois | 1129-000 | $7,873.44 |
| Settlement of Adversary case against principles | 1149-000 | $20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$27,873.44** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Paradise Properties, LLC | 4110-000 | $0.00 | $200,311.54 | $200,311.54 | $22,336.45 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$200,311.54** | **$200,311.54** | **$22,336.45** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $3,537.34 | $3,537.34 | $3,537.34 |
| Arthur B. Levine Company | 2300-000 | NA | $31.03 | $31.03 | $31.03 |
| International Sureties | 2300-000 | NA | $52.72 | $52.72 | $52.72 |
| Bank of Texas | 2600-000 | NA | $1,747.08 | $1,747.08 | $1,747.08 |
| Green Bank | 2600-000 | NA | $168.82 | $168.82 | $168.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$5,536.99** | **$5,536.99** | **$5,536.99** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| 1a | Paradise Properties, LLC | 7100-000 | $0.00 | $101,120.96 | $101,120.96 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $101,120.96 | $101,120.96 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 12-13197-CD | | | Trustee Name: | David R. Herzog |
| Case Name: | SURPLUS PROPERTIES INC. | | | Date Filed (f) or Converted (c): | 03/30/2012 (f) |
| For the Period Ending: | 6/21/2018 | | | §341(a) Meeting Date: | 06/04/2012 |
| | | | | Claims Bar Date: | 09/07/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Settlement of Adversary case against principles (u) | $0.00 | $0.00 | | $20,000.00 | FA |
| 2 | 3380 W. 183rd Str Hazel Crest, IL outlot at shopping ctr to be surrendered. | $80,000.00 | $0.00 | | $0.00 | FA |
| 3 | Negative ($104,000+) overdraft The First Commecial Bank Location: In debtor's possession | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Debtors' State Court motion to vacate jdmt of $165,367.00, a memo of judgment was filed. Surplus is in bankruptcy, therefore this is uncollectable. Location: In debtor's possession | $0.00 | $0.00 | | $0.00 | FA |
| 5 | BMW 740, LI 2001, (80,000 miles) The principal The principal transfered title to Surplus for no consideration. Surplus never had the beneficial use of the vehicle. The principal paid for, insured and maintained the vehicle from personal funds. Therefore, debtor never had beneficial use of it as principal drove for personal use. This is the property of the principal, not Surplus. Location: In debtor's possession | $0.00 | $0.00 | | $0.00 | FA |
| 6 | 2nd 740 IL BMW, 2001 (55000 miles). This car was traded in on another in 2006; there was an unknown $ amount of credit for vehicle. Surplus never had the beneficial use of this vehicle, as it was insured, paid for and maintained by the individual principal and used for personal use. Principal wishew to redeem value of tradein. Location: traded in 2006 | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Unclaimed funds held by State of Illinois (u) | $0.00 | $7,873.44 | | $7,873.44 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| **Case No.:** | 12-13197-CD | **Trustee Name:** | David R. Herzog |
| **Case Name:** | SURPLUS PROPERTIES INC. | **Date Filed (f) or Converted (c):** | 03/30/2012 (f) |
| **For the Period Ending:** | 6/21/2018 | **§341(a) Meeting Date:** | 06/04/2012 |
| | | **Claims Bar Date:** | 09/07/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $80,000.00 | $7,873.44 | | $27,873.44 | $0.00 |

**Major Activities affecting case closing:**
07/26/2017    Unable to obtain unclaimed funds from State. Preparation and filing of motion for turnover.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2013 | **Current Projected Date Of Final Report (TFR):** | 06/30/2018 | /s/ DAVID R. HERZOG |
| | | | | DAVID R. HERZOG |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13197-CD | | | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SURPLUS PROPERTIES INC. | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3031 | | | Checking Acct #: | ******0067 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 3/30/2012 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/21/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/02/2012 | (1) | United Acquisitions Holdings | Settlement of adversary per Order dated 10/31/12 | 1149-000 | $20,000.00 | | $20,000.00 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $27.00 | $19,973.00 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.16 | $19,940.84 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.20 | $19,908.64 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.04 | $19,879.60 |
| 03/28/2013 | 3001 | International Sureties | Bond Payment | 2300-000 | | $35.51 | $19,844.09 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $32.10 | $19,811.99 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.96 | $19,781.03 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.92 | $19,749.11 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.84 | $19,718.27 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.81 | $19,686.46 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.76 | $19,654.70 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.69 | $19,624.01 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.66 | $19,592.35 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.59 | $19,561.76 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.56 | $19,530.20 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.51 | $19,498.69 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.42 | $19,470.27 |
| 03/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.41 | $19,438.86 |
| 04/02/2014 | 3002 | International Sureties | Bond Payment | 2300-000 | | $17.21 | $19,421.65 |
| 04/02/2014 | 3002 | STOP PAYMENT: International Sureties | Bond Payment | 2300-004 | | ($17.21) | $19,438.86 |
| 04/02/2014 | 3003 | International Sureties | Bond Payment Reissue Printer Error | 2300-000 | | $17.21 | $19,421.65 |
| 04/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.33 | $19,391.32 |
| 05/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.29 | $19,360.03 |
| 06/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.23 | $19,329.80 |
| 07/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.19 | $19,298.61 |
| 08/29/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.14 | $19,267.47 |
| | | | **SUBTOTALS** | | $20,000.00 | $732.53 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13197-CD | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | SURPLUS PROPERTIES INC. | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3031 | | Checking Acct #: | ******0067 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/30/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/21/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.08 | $19,237.39 |
| 10/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $31.04 | $19,206.35 |
| 11/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.99 | $19,176.36 |
| 12/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.94 | $19,145.42 |
| 01/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.89 | $19,114.53 |
| 02/27/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $27.86 | $19,086.67 |
| 03/20/2015 | 3004 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $13.76 | $19,072.91 |
| 03/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.80 | $19,042.11 |
| 04/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.75 | $19,012.36 |
| 05/29/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.68 | $18,981.68 |
| 06/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.64 | $18,952.04 |
| 07/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.58 | $18,921.46 |
| 08/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.53 | $18,890.93 |
| 09/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.50 | $18,861.43 |
| 10/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.43 | $18,831.00 |
| 11/30/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.40 | $18,801.60 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.34 | $18,771.26 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.20 | $18,741.06 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.21 | $18,712.85 |
| 03/16/2016 | 3005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $10.16 | $18,702.69 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.11 | $18,672.58 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.08 | $18,643.50 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $30.00 | $18,613.50 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.98 | $18,584.52 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.90 | $18,554.62 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.85 | $18,524.77 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.85 | $18,495.92 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.76 | $18,466.16 |
| | | | | **SUBTOTALS** | $0.00 | $801.31 | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13197-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | SURPLUS PROPERTIES INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3031 | Checking Acct #: | ******0067 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/30/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/21/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.75 | $18,437.41 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.67 | $18,407.74 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.70 | $18,378.04 |
| 02/16/2017 | 3006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $6.37 | $18,371.67 |
| 02/16/2017 | 3006 | VOID: Arthur B. Levine Company | | 2300-003 | | ($6.37) | $18,378.04 |
| 02/16/2017 | 3007 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $7.11 | $18,370.93 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $26.78 | $18,344.15 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.60 | $18,314.55 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.60 | $18,285.95 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.50 | $18,256.45 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $28.51 | $18,227.94 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.41 | $18,198.53 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $29.36 | $18,169.17 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $18,169.17 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $18,466.16 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4  Exhibit 9

| Case No.: | 12-13197-CD | Trustee Name: | David R. Herzog |
| Case Name: | SURPLUS PROPERTIES INC. | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3031 | Checking Acct #: | ******0067 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/30/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/21/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $20,000.00 | $20,000.00 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $0.00 | $18,169.17 |  |
|  |  |  | **Subtotal** |  | $20,000.00 | $1,830.83 |  |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $20,000.00 | $1,830.83 |  |

| For the period of 3/30/2012 to 6/21/2018 | | For the entire history of the account between 11/02/2012 to 6/21/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,000.00 | Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 | Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,830.83 | Total Compensable Disbursements: | $1,830.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,830.83 | Total Comp/Non Comp Disbursements: | $1,830.83 |
| Total Internal/Transfer Disbursements: | $18,169.17 | Total Internal/Transfer Disbursements: | $18,169.17 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13197-CD | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | SURPLUS PROPERTIES INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3031 | | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 3/30/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/21/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $18,169.17 | | $18,169.17 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $16.07 | $18,153.10 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $28.34 | $18,124.76 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $28.30 | $18,096.46 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $29.20 | $18,067.26 |
| 01/31/2018 | (7) | Treasurer State of Illinois | Receipt of unclaimed funds from State of Illinois. | 1129-000 | $7,873.44 | | $25,940.70 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $29.15 | $25,911.55 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $37.76 | $25,873.79 |
| 05/30/2018 | 5001 | David R. Herzog | Trustee Compensation | 2100-000 | | $3,537.34 | $22,336.45 |
| 05/30/2018 | 5002 | Paradise Properties, LLC | Distribution Dividend: 11.15; Account Number: ; Claim #: 1; Amount Claimed: 200,311.54; Amount Allowed: 200,311.54; | 4110-000 | | $22,336.45 | $0.00 |
| | | | **TOTALS:** | | $26,042.61 | $26,042.61 | $0.00 |
| | | | Less: Bank transfers/CDs | | $18,169.17 | $0.00 | |
| | | | Subtotal | | $7,873.44 | $26,042.61 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $7,873.44 | $26,042.61 | |

| For the period of 3/30/2012 to 6/21/2018 | | For the entire history of the account between 09/15/2017 to 6/21/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,873.44 | Total Compensable Receipts: | $7,873.44 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,873.44 | Total Comp/Non Comp Receipts: | $7,873.44 |
| Total Internal/Transfer Receipts: | $18,169.17 | Total Internal/Transfer Receipts: | $18,169.17 |
| | | | |
| Total Compensable Disbursements: | $26,042.61 | Total Compensable Disbursements: | $26,042.61 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,042.61 | Total Comp/Non Comp Disbursements: | $26,042.61 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 6 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-13197-CD | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | SURPLUS PROPERTIES INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3031 | Checking Acct #: | ******9701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/30/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/21/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $27,873.44 | $27,873.44 | $0.00 |

**For the period of 3/30/2012 to 6/21/2018**

| | |
|---|---|
| Total Compensable Receipts: | $27,873.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,873.44 |
| Total Internal/Transfer Receipts: | $18,169.17 |
| | |
| Total Compensable Disbursements: | $27,873.44 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,873.44 |
| Total Internal/Transfer Disbursements: | $18,169.17 |

**For the entire history of the case between 03/30/2012 to 6/21/2018**

| | |
|---|---|
| Total Compensable Receipts: | $27,873.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,873.44 |
| Total Internal/Transfer Receipts: | $18,169.17 |
| | |
| Total Compensable Disbursements: | $27,873.44 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,873.44 |
| Total Internal/Transfer Disbursements: | $18,169.17 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG